# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00355-CR

**Carlton Eugene Scott, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. D-1-DC-11-201948, HONORABLE BRENDA P. KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant pled guilty to attempting to tamper with evidence and was sentenced to sixty days in the county jail. The trial court has certified both that the cause is a plea-bargain case and that appellant waived his right of appeal. Thus, the appeals are dismissed. *See* Tex. R. App. P. 25.2(d).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Jurisdiction

Filed:  July 1, 2011

Do Not Publish